UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GOLD KEY LEASE, INC.

V.                                    CASE NO. 3:00CV02433(AVC)

STEPHEN PEET

## JUDGMENT

Counsel of record having reported to the Court on September 10, 2003, that the above-entitled case has settled, and no closing papers having been filed to date;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 22nd day of October, 2003.

KEVIN F. ROWE, CLERK

By ___Jo-Ann Walker___
Jo-Ann Walker
Deputy Clerk

EOD:_____